UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/16
```

UNITED STATES OF AMERICA

v.

DEMETRIUS FLOWERS,
a/k/a "Mojo," et al.

Defendants.

ORDER

16 Cr. 317

Upon application of the United States of America, by and through Assistant United States Attorney Eli J. Mark, it is hereby ORDERED that Indictment 16 Cr. 317, which was filed under seal on or about May 5, 2016, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
May 11, 2016

_____
THE HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK