```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 23, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :   16 Cr. 317 (KBF)
  - v. -                                                        :
                                                                  :   ORDER
BRIAN MCBETH, and                                                 :
ROBERT WILSON,                                                    :
                                                                  :
                        Defendants.                     :
------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 5/19/2016, it is hereby ORDERED as follows:

- The Government shall complete the production of discovery not later than 6/13/2016.

- Not later than 7/13/2016, the parties shall advise the Court, in writing, if there are any deficiencies in the production of discovery.

- Not later than 8/31/2016, the parties shall advise the Court, in writing whether any motions are anticipated. Any such motions shall be filed not later than 9/19/2016. If motions are filed, the Government shall advise the Court promptly of a proposed briefing schedule.

- The next status conference is scheduled for 9/9/2016 at 11:00 a.m.

- Trial in this matter **shall** commence on 2/6/2017, at 9:00 a.m. This is a hard trial date.

- Upon application of the Government and consented to by defendants, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 5/13/2016 to 9/9/2016. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendants in a speedy trial.

SO ORDERED:

Dated: New York, New York
May 23, 2016

_____
KATHERINE B. FORREST
United States District Judge