UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                                                           :    16-CR-317-16 (PAE)
                                                                        :
ROBERT WILSON,                                                          :    <u>SCHEDULING ORDER</u>
                                                                        :
                            Defendant.                                 :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **February 22, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                        _____
Dated: February 17, 2021                       PAUL A. ENGELMAYER
       New York, New York                 United States District Judge